IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF THE TAX )
INDEBTEDNESS OF )
) MISC. NO. 07-114
Linder and Associates Inc. )
) ELECTRONICALLY FILED

ORDER FOR ENTRY ON PREMISES
TO EFFECT LEVY

The United States, having filed an application requesting authorization for Revenue Officer John J. Vales and/or other designated revenue officers to enter the premises located at 734 Thompson Avenue, McKees Rocks, PA 15136, in order to seize assets consisting of special made furniture located on or within said premises, in satisfaction of unpaid Federal taxes, together with the affidavit of Eugene V. Batdorf in support of that application, and the court finding, on the basis of the affidavit, that there is probable cause to believe that property or rights to property belonging to Linder and Associates Inc., or to which, the Federal tax lien attaches which are subject to levy by the United States pursuant to Section 6331 of the Internal Revenue Code are located on or within the premises described, it is

ORDERED that Revenue Officer John J. Vales and/or other designated revenue officers are authorized to enter the premises described and seize assets consisting of special made furniture, pursuant to Section 6331 of the Internal Revenue Code of 1986. In making this search and seizure, however, such revenue officers are directed to enter the premises during business hours or the daytime and within 10 business days from the date of this order.

DATED
4/3/07

_____
UNITED STATES DISTRICT JUDGE